UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HARTLEY CONSTRUCTION, INC.,,<br><br>Defendant. | Case No. 4:19-cv-02157-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 29 |

On May 29, 2020, the appointed mediator Plaintiff certified that the case had settled at mediation. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

Additionally, the case management conference scheduled for June 9, 2020 is continued to August 25, 2020. The joint case management statement is due on or before August 18, 2020.

IT IS SO ORDERED.

Dated: June 3, 2020

KANDIS A. WESTMORE
United States Magistrate Judge